IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>         Plaintiff,                          )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br>CYNTHIA JO SEITLER,                )<br>                                                        )<br>                                                        )<br>         Defendant.                       ) | 4:14CR3038<br>JUDGMENT OF ACQUITTAL |

The jury having found the defendant Cynthia Jo Seitler not guilty on Count I of the indictment and the Court having accepted the jury's verdict,

IT IS ORDERED that this case is dismissed with prejudice against defendant Cynthia Jo Seitler.

DATED July 10, 2014.

BY THE COURT

s/ John M. Gerrard
United States District Judge